1

2

3

4

5

6

7

8

9 **IN THE UNITED STATES DISTRICT COURT**

10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

12

13 DON EUGENE WHITE,

14            Petitioner,

15     v.

16 E. RICOLCOL, WARDEN,

17            Respondent.

Case No. 2:25-cv-3055-CV-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

18

19

20       Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the

21 records on file, and the Report and Recommendation of the United States

22 Magistrate Judge. Petitioner did not file any written objections to the

23 report. The Court accepts the findings and recommendation of the

24 Magistrate Judge.

25

26

27

28

1      IT IS ORDERED that Judgment be entered denying the petition and

2 dismissing this action without prejudice.

3

4

5

6

7 DATE: _____8/26/25_____          *Cynthia Valenzuela*

                                       HON. CYNTHIA VALENZUELA

8                                        UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28