JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

DON EUGENE WHITE,

    Petitioner,

v.

E. RICOLCOL, Warden,

    Respondent.

Case No. 2:25-cv-3055-CV-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

DATE: 8/26/25

*Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE